No. 1483. SUCCESSION OF CABALLER, APPELLEE, *v.* M. LOMBA & Co., SUCCESSORS, APPELLANTS.—Damages.   San Juan, Section 1.   April 5, 1916.   Appeal dismissed.

No. 1400. QUIÑONES, APPELLANT, *v.* ANA MARÍA SUGAR Co., INC., APPELLEE.—Damages.   (New trial.)   April 5, 1916.   Appeal dismissed.

No. 1001. THE PEOPLE, APPELLEE, *v.* MARRERO, KNOWN AS PÉREZ, APPELLANT.—Aggravated assault and battery.   Mayagüez.   April 6, 1916.   Judgment affirmed.

No. 957. THE PEOPLE, APPELLEE, *v.* MICHEO, APPELLANT.— Violation of section 141 of the Penal Code.   Guayama.   April 7, 1916.   Judgment affirmed.

No. 970. THE PEOPLE, APPELLEE, *v.* GARCÍA, APPELLANT.—
No. 972. THE PEOPLE, APPELLEE, *v.* GABINO, APPELLANT.—
No. 983. THE PEOPLE, APPELLEE, *v.* MORALES, APPELLANT.—
No. 988. THE PEOPLE, APPILLEE, *v.* MERCED, APPELLANT.—
Violations of section 162 of the Penal Code.   Humacao. April 10, 1916.   Appeals withdrawn.

No. 1007. THE PEOPLE, APPELLEE, *v.* CRUZ, APPELLANT.— Aggravated assault and battery.   San Juan, Section 2.   April 10, 1916.   Judgment affirmed.

No. 893. THE PEOPLE, APPELLEE, *v.* SANZ, APPELLANT.— Crime against public decency.   Mayagüez.
No. 1009. THE PEOPLE, APPELLEE, *v.* OLMO, APPELLANT.— Adulteration of milk.   San Juan, Section 2.
April 11, 1916.   Judgments affirmed.